# United States Court of Appeals for the Sixth Circuit

---

**Edwin Avery,**
    *Petitioner-Appellant,*

v.                                                                                               No. 17-3628

**United States of America,**
    *Respondent-Appellee.*

---

### Respondent-Appellee's Motion to Extend Briefing Schedule

---

For the reasons set forth below, Respondent-Appellee United States of America respectfully moves the Court to extend the deadline to file the appellee's brief in this appeal (currently due May 15, 2018) by thirty days.

This is an appeal of an order denying Petitioner-Appellant's second motion under 28 U.S.C. § 2255. Avery is currently serving a 15-year sentence, following his guilty plea. The district court granted a certificate of appealability (COA), and this Court partially granted Avery's motion to expand the COA with respect to two issues.

The undersigned appellate counsel was not involved in the district court proceedings, and an additional thirty days is needed to complete

the appellee's brief.  This is the first request for an extension of time by the United States.

For these reasons, the United States respectfully asks that the Court grant this motion and extend the due date for the appellee's brief by thirty days, to June 14, 2018.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/C. Mitchell Hendy
    C. MITCHELL HENDY
    Assistant United States Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711
    Mitch.Hendy@usdoj.gov

## Certificate of Service

I certify that a copy of the foregoing Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 14th day of May, 2018, which provides electronic service to all parties.

s/C. Mitchell Hendy
C. MITCHELL HENDY
Assistant United States Attorney
